**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Yaba Roro Marako,

                                         Civil No. 26-3147 (DWF/EMB)

              Plaintiff,

v.

                                         **ORDER FOR REMAND**

Steven Rice, *Field Office Director, U.S.*
*Citizenship and Immigration Services,*
*Minneapolis, MN*; Joseph B. Edlow*,*
*Director, U.S. Citizenship and*
*Immigration Services, Washington, D.C.*;
Markwayne Mullin, *Secretary,*
*Department of Homeland Security,*
*Washington, D.C.*; and Todd Blanche*,*
*Attorney General, U.S. Department of*
*Justice*,

              Defendants.


Pursuant to the parties' Stipulation for Remand filed on August 10, 2026.  (Doc.

No. 17.)

       **IT IS HEREBY ORDERED** that:

       1.      The stipulation for remand (Doc. No. [17]) is **APPROVED.**

       2.      This case is remanded to the United States Citizenship and Immigration

Services (USCIS) to issue its decision on Plaintiff's N-400.

       3.      The USCIS shall issue its decision on the N-400 within 30 days of entry of

the Order of Remand to the USCIS.

4. This case shall be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, disbursements, and attorneys' fees.

Dated: August 10, 2026                    s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge